United States Court of Appeals
Fifth Circuit

**F I L E D**

August 20, 2007

Charles R. Fulbruge III
Clerk

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 06-50484
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

ALFREDO MARTINEZ-RODRIGUEZ, also known as Alfredo Rodriguez
Martinez

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:02-CR-504

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Alfredo Martinez-Rodriguez has
moved for leave to withdraw and has filed a brief in accordance with Anders v.
California, 386 U.S. 738 (1967).  Martinez-Rodriguez has not filed a response.
Our independent review of the record and counsel's brief discloses no
nonfrivolous issue for appeal.  Accordingly, counsel's motion for leave to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.